UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY NP D.C.

AUG 18 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Civil Case Number:________________

Cortney Deshon Terry
(Write the full name of the plaintiff)

vs.

Sheriff Ric Bradshaw ; Major Darlyn Morris ; Captain William Kinsey ; Lieutenant William Mcclain ; Sergeant Joseph Pymms
(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

**A.** Plaintiff: Cortney D. Terry

Address: West Detention Center P.O. Box 1450

Inmate/Prison No.: 0389455

*Year* of Birth: 1993 **(Do not include day or month, pursuant to Fed. R. Civ. P 5.2)**

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: Ric Bradshaw Defendant: Darlyn Morris

Official Position: Sheriff Official Position: Major

Place of Employment: P.B.SO Place of Employment: P.B.S.O

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## Additional Defendants

Defendant: Captain William Kinsey
Official Position: Captain
Place of Employment: P.B.S.O West Detention Center

Defendant: William McClain
Official Position: Lieutenant
Place of Employment: P.B.S.O West Detention Center

Defendant: Joseph Pymms
Official Position: Sergeant
Place of Employment: P.B.S.O West Detention Center

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes.

Attach additional pages, if necessary.

SEE Attachment

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I would please like the court to Grant ME IN THE SUM OF $950,000 U.S. Dollars For Punitive Damages and Malpractice VIOLATIONS.

## IV. Jury Demand

# :Summary Complaint:

Attachment - RELATED INCIDENT OR ISSUE -

I AM A PRE-TRIAL DETAINEE Who's been Incarcerated For nearly 2years here AT THE PALM Beach County West Detention Center IN Belleglade FL 33430. ON August OF 2025, P.B.S.O implemented A "No cover up" policy. Which does "NOT ALLOW" us Detainee's to cover themselves while IN THE use OF THE Toilets, INSIDE OF THE RESTROOM Area. As it stands, I can be SEEN by BOTH MALES AND FEMALE'S Deputies as well as being INSIDE OF "PlainView" of the Surveillance cameras. IT HAS Been (CONFIRMED) that these SAME Cameras are IN Fullview OF the toilets and could **ZOOM** IN with ease leaving ME **NO** Privacy WHILE IN USE. THIS constitutes A Clear (Violation of Privacy and several PREA Violations). As an Pre-trial detainee, I Feel very uncomftorable knowing that I AM Being WATCHED AND RECORDED By P.B.S.O EVERYTIME I sit Down During an Vulnerable MOMENT. Should Be Noted that the "Cameras" has "PlainView" While IN THE Use OF THE Toilets leaving Me Exposed naked, Which is subjected to be unconstitutional **PRACTICES** AND **PROCEDURES**. THIS is MY REASON to MAKE A Complaint under the **CIVIL RIGHTS ACT 42 U.S.C. § 1983** Being ON surveillance Cameras **completely** in PlainView, While IN the use OF THE TOILET NUDE IS AN ISSUE, Very Foul! This Matter Rekindles **post** trauma of **suffering** and ABUSE, PAIN and AGONY. Sparking OLD Flames Within Me, Striking A NERVE. I've Been Abused AS A KID AND THIS TREATMENT Re-opens SCARS that I thought were buried **DEEP** Within ME! Mentally, Emotionally, IM Damaged causing ME Severe STRESS, DEPPRESSION. (Deputies Have threatened me along with Sergeants). Such as IF I DO NOT Comply I will recieve Disciplinary Reports (DR) along with being sent to Solitary Confinement. (ONLY For requsting PRIVACY) to cover myself From "PlainView" of the (cameras) almost →

Are you demanding a jury trial? ✓ Yes ____ No

Signed this 2 day of AUGUST, 2026

Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: 8/02/2026

Signature of Plaintiff

CORTNEY D. TERRY #0389455
West Detention Center
P.O. Box 1450
BelleGlade FL. 33430



REC'D BY ____ D.C.
AUG 18 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

United States District Court
Southern District of Florida
400 NORTH MIAMI AVENUE, 8N09
MIAMI, FL 33128

LEGAL MAIL - LEGAL MAIL